AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Electronic Communication Technologies, LLC,<br><br>*Plaintiff(s)*<br>v.<br>Orvis Company, Inc.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  16-cv-81675-KAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Orvis Company, Inc.
　　　　　　　　　　　　　　　　　　178 Conservation Way, Sunderland VT 05250

　　　　　　　　　　　　　　　　　　c/o National Corporate Research, Ltd., Registered Agent
　　　　　　　　　　　　　　　　　　1096 ROUTE 30, Townshend, VT, 05353


　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Peter A. Koziol, Esq. (pak@assoulineberlowe.com)
　　　　　　　　　　　　　　　　　　　　Assouline & Berlowe
　　　　　　　　　　　　　　　　　　　　1801 N. Military Trail
　　　　　　　　　　　　　　　　　　　　Suite 160
　　　　　　　　　　　　　　　　　　　　Boca Raton, Florida 33431
　　　　　　　　　　　　　　　　　　　　(561) 361 - 6566

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:　9/30/2016

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court